First Associates Loan Servicing, LLC
P.O. Box 503430
San Diego, CA 92150-3430
Tel. (800) 275-3262
Fax (888) 756-1611

Creditor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| In Re | ) Case No.: 1:15-bk-26673 |
| | ) |
| Oliver Palmer | ) Chapter 7 |
| Jamela Palmer | ) |
| | ) REQUEST FOR SPECIAL NOTICE |
| Debtors | ) |
| | ) [No Hearing Required] |
| | ) |
| | ) |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE DEBTORS AND THEIR ATTORNEY OF RECORD HEREIN, AND TO ALL PARTIES-IN-INTEREST**

The undersigned, FIRST ASSOCIATES LOAN SERVICING, LLC, as agent for Condor Capital Corp, is a creditor of the above-referenced Debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

**REQUEST IS HEREBY MADE** that FIRST ASSOCIATES LOAN SERVICING, LLC be given and served with all notices given or required to be given in this case as follows:

FIRST ASSOCIATES LOAN SERVICING, LLC
c/o Law Offices of Gary Holt
2356 Moore Street, Suite 104
San Diego, CA 92110
G2810@notify.cincompass.com ("for ECF notices only")

Accordingly, FIRST ASSOCIATES LOAN SERVICING, LLC further requests that the foregoing name and address be added to the Master Mailing List.

DATED: December 3, 2015          Respectfully submitted

/s/ Allen Isabelo
Allen Isabelo
Agent for Creditor
First Associates Loan Servicing, LLC

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2356 Moore Street, Suite 104, San Diego, California 92110

The foregoing document described as REQUEST FOR SPECIAL NOTICE, will be served or was served **(a)** on the judge in the form and manner required by LBR 5005-2(d) and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below
 __ Service information continued on attached page

II. **SERVED BY U.S. MAIL OVERNIGHT MAIL** (indicate method for each person or entity served): On 12/3/2015, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelop in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filled.
Oliver and Jamela Palmer, 9635 Barrel House Rd., Apt L, Laurel, MD 20723
J Michael Broumas, Broumas Law Group, LLC, 8370 Court Ave Ste 203, Ellicott, City, MD 21043
Lori S Simpson, Law Office of Lori Simpson, LLC, 1400 S Charles, Street, 3rd Fl, Baltimore, MD 21230

 __ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

| 12/3/2015 | Allen Isabelo | /s/ Allen Isabelo            . |
|-----------|---------------|--------------------------------|
| Date      | Type Name     | Signature                      |